IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD MUSTAGA,

    Plaintiff,

  v.

JANE DOE and JOHN DOE,

    Defendants.

No. C-12-6540 TEH (PR)

ORDER OF DISMISSAL

Plaintiff Muhammad Mustaga, an inmate at Pelican Bay State Prison (PBSP), commenced this action when he filed several documents regarding an individual named Harrison, another PBSP inmate. Doc. #1. The Court cannot act on unexplained documents, narratives, requests, etc. Consequently, on the same day the documents were filed, the Clerk notified Plaintiff, in writing, that he had not attached a complaint to his pleadings and that he must do so within thirty days from the filing date of the notice, or his case would be dismissed. Doc. #2. The Clerk also notified Plaintiff, in writing, that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis (IFP) application. Doc. #3. See

28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the IFP application within thirty (30) days from the filing date of the notice would result in the dismissal of his action. Doc. #3.

The deadline to file the complaint and IFP application has passed, and Plaintiff has not filed them nor has he communicated with the Court in any manner. This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file the required documents.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED  *02/11/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Mustaga v. Doe-dis IFPwpd.wpd

**2**