**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   MUHAMMAD MUSTAGA,

11          Plaintiff,                      No. C-12-6540 TEH (PR)

12      v.                                  ORDER OF DISMISSAL

13   JANE DOE and JOHN DOE,

14          Defendants.

15   _____/

16          Plaintiff Muhammad Mustaga, an inmate at Pelican Bay State

17   Prison (PBSP), commenced this action when he filed several documents

18   regarding an individual named Harrison, another PBSP inmate.  Doc.

19   #1.  The Court cannot act on unexplained documents, narratives,

20   requests, etc.  Consequently, on the same day the documents were

21   filed, the Clerk notified Plaintiff, in writing, that he had not

22   attached a complaint to his pleadings and that he must do so within

23   thirty days from the filing date of the notice, or his case would be

24   dismissed.  Doc. #2.  The Clerk also notified Plaintiff, in writing,

25   that his action was deficient because he had neither paid the

26   requisite $350.00 filing fee nor submitted a signed and completed

27   court-approved in forma pauperis (IFP) application.  Doc. #3.  See

28

1  28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file

2  the IFP application within thirty (30) days from the filing date of

3  the notice would result in the dismissal of his action.  Doc. #3.

4          The deadline to file the complaint and IFP application has

5  passed, and Plaintiff has not filed them nor has he communicated

6  with the Court in any manner.  This action, therefore, is DISMISSED

7  WITHOUT PREJUDICE for failure to file the required documents.

8          The Clerk shall terminate all pending motions as moot and

9  close the file.

10          IT IS SO ORDERED.

11

12  DATED     *02/11/2013*

                                    **THELTON E. HENDERSON**
13                                   **United States District Judge**

14

15

16

17
    G:\PRO-SE\TEH\CR.12\Mustaga v. Doe-dis IFPwpd.wpd
18

19

20

21

22

23

24

25

26

27

28                                    **2**